# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| DENNIS PRATT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:18-CV-00133-DGK |
| DST SYSTEMS, INC., et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Having considered Plaintiff's Notice of Voluntary Dismissal (Doc. 4), it is hereby ORDERED that Plaintiff's claims against Defendants are DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Date:  September 26, 2018                   /s/ Greg Kays
                                                                        GREG KAYS, CHIEF JUDGE
                                                                       UNITED STATES DISTRICT COURT